## STATE OF CONNECTICUT *v.* JAMES GRANT
### (AC 18643)

Schaller, Spear and Daly, Js.

Argued April 22—officially released June 1, 1999

Per Curiam. The judgment is affirmed.

## PETER R. HENNING ET AL. *v.* VINCENT F. ROMEO ET AL.
### (AC 17988)

Spear, Hennessy and Sullivan, Js.

Argued April 26—officially released June 1, 1999

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* GARY D. MARTINO
### (AC 17546)

O'Connell, C. J., and Sullivan and Healey, Js.

Argued April 26—officially released June 1, 1999

Per Curiam. The judgments are affirmed.